

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00294-CV

**IN THE INTEREST OF M.A.T.T.**, Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00066
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment terminating appellant Father's parental rights and denying termination of Mother's parental rights is AFFIRMED. The portion of the judgment awarding the Department of Family and Protective Services sole managing conservatorship is REVERSED, and the cause is REMANDED for further proceedings consistent with this opinion. Costs of appeal are assessed against the parties who bore them.

SIGNED December 10, 2025.

_____
Lori Massey Brissette